IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| GREGORY BRASFIELD, | ) | |
|---|---|---|
| | ) | NO. 1:23-cv-00038 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| COMMISSIONER OF SOCIAL SECURITY | ) ) | MAGISTRATE JUDGE HOLMES |

### ORDER

Pending before the Court is Magistrate Judge Holmes' Report and Recommendation (Doc. No. 13), which was filed on October 13, 2023. Through the Report and Recommendation, Judge Holmes recommends that Gregory Brasfield's motion for judgment on the administrative record (Doc. No. 10) be granted, the Social Security Administration's decision be reversed, and this matter be remanded for further proceedings. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Brasfield's motion for judgment on the administrative record (Doc. No. 10) is **GRANTED**, the decision of the Social Security Administration is **REVERSED**, and this matter is **REMANDED** to the Social Security Administration for further administrative proceedings consistent with Judge Holmes' Report and Recommendation.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE